UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bongiovanni |
| v. | : | Magistrate No. 20-16254 |
| FARMAN SIDDIQUI | : | ORDER FOR DISMISSAL |

      Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Philip Sellinger, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. E111764 and E1117465, against defendant Farman Siddiqui, which was filed on October 16, 2021, charging him with: Criminal Possession of a Controlled Dangerous Substance and Possession of Paraphernalia, for the reason that prosecution of defendant Farman Siddiqui is being deferred under the terms of a pretrial diversion agreement.

      This dismissal is without prejudice and is pending the successful completion by defendant Farman Siddiqui of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

                                                            Philip Sellinger
                                                            United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

                                                    HON. TONIANNE J. BONGIOVANNI
                                                    United States Magistrate Judge

Dated: 7/26/22